UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANEL ARREDONDO,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>BEST BUY STORES, L.P., - PACIFIC SALES KITCHEN & HOME CARLSBAD, ET AL.,<br><br>　　　　　　　　　　Defendants. | Case No.: 24-cv-227-RSH-VET<br><br>**ORDER ON JOINT MOTION TO DISMISS**<br><br>[ECF No. 12] |

　　　Before the Court is the Parties' Joint Motion to Dismiss. ECF No. 12. The Motion satisfies the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is effective on filing. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The action, in its entirety, is hereby **DISMISSED WITH PREJUDICE**. Each Party is to bear its own fees and costs.

//

//

1

1     The Clerk of Court is directed to close the case.

2     **IT IS SO ORDERED.**

3     Dated: October 31, 2024

                                                                         *Robert S. Huie*
_____
Hon. Robert S. Huie
United States District Judge